ALEXANDER B. CVITAN (SBN 81746),
MARSHA M. HAMASAKI (SBN 120720), and
ANDREW L. BIRNBAUM (SBN 174912), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California  90010-2421
Telephone: (213) 386-3860
Facsimile: (2l3) 386-5583
E-Mails: alc@rac-law.com; marshah@rac-law.com; andyb@rac-law.com

Attorneys for Construction Laborers Trust Funds for
Southern California Administrative Company, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>    vs.<br><br>WHITE'S EXCAVATING, INC., a California corporation; and DANN WHITE, an individual,<br><br>            Defendants. | CASE NUMBER<br><br>CV-08-5726 SJO (VBKx)<br><br>[PROPOSED] ORDER ENTERING JUDGMENT NUNC PRO TUNC |

The Court having read the Application for Order Entering Judgment Nunc Pro Tunc and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the monetary portion of the Judgment entered on January 25, 2009 is corrected nunc pro tunc to accurately reflect the total amount of the Judgment entered in favor of CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC., against Defendants WHITE'S EXCAVATING, INC., a California corporation

-1-

~0689721.wpd

("WHITES") and DANN WHITE, an individual (collectively "Defendants") as follows:

    (1)  Plaintiff is awarded a total of $54,316.84, consisting of (A) $50,684.83 for unpaid contributions, interest and liquidated damages; (B) $3,641.09 in attorney fees; (C) $506.93 in costs; and (D) credit of 516.01;

    (2)  Defendants are jointly and severally liable for $48,173.45; and

    (3)  WHITES is solely liable for $6,143.39.

DATED: February 12, 2009     /s/ S. James Otero
S. JAMES OTERO, JUDGE OF THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Submitted By:

ALEXANDER B. CVITAN, and
MARSHA M. HAMASAKI, Members of
REICH, ADELL & CVITAN
A Professional Law Corporation

By: /s/
   MARSHA M. HAMASAKI,
   Attorneys For Plaintiff,
   CONSTRUCTION LABORERS TRUST FUNDS
   FOR SOUTHERN CALIFORNIA ADMINISTRATIVE
   COMPANY, LLC.

~0689721.wpd